# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TIMOTHY HAHN,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00006-TES-CHW-1** |

### ORDER GRANTING DEFENDANT'S CONSENT MOTION TO CONTINUE

Before the Court is Defendant Timothy Hahn's Consent Motion to Continue [Doc. 24]. The Grand Jury returned a two-count Indictment [Doc. 1] on February 13, 2024, charging Defendant with Possession with Intent to Distribute Methamphetamine and Possession of a Firearm During a Drug Trafficking Crime. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. §§ 2, 924(c)(1). Defendant pled not guilty at his arraignment on August 8, 2024, and was released on bond pending trial. [Doc. 17]; [Doc. 23]. The Court issued a Notice of Pretrial Conference on August 9, 2024, scheduling the Pretrial Conference for September 4, 2024. [Doc. 22].

In his Motion, Defendant states that his counsel will be unavailable on September 4, 2024, and that defense counsel and the Government "anticipate a plea of guilty in this case pursuant to a Plea Agreement when the plea can be scheduled before the Court." [Doc. 24, ¶ 2]. Defendant represents that "[t]he Government, through the United States

Attorney's Office for the Middle District of Georgia, consents to this request for continuance." [*Id.* at ¶ 4].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant this continuance would deny counsel for Defendant reasonable time to effectively prepare, taking into account the exercise of due diligence and defense counsel's planned leave of absence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 24] and **CONTINUES** the Pretrial Conference until September 17, 2024, and the trial of this matter until October 28, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 27th day of August, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**